741 A.2d 84

IN THE MATTER OF STEVEN F. HERRON,
AN ATTORNEY AT LAW.

December 10, 1999.

## ORDER

The Disciplinary Review Board on August 26, 1999, having filed with the Court its decision concluding that **STEVEN F. HERRON** of **CHERRY HILL,** who was admitted to the bar of this State in 1978, and who was suspended from practice for a period of one year by Order of this Court effective June 12, 1995, and who remains suspended at this time, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **STEVEN F. HERRON** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.